**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SHANE SITTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-858-AGF |
| ) | |
| GOOGLE, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's pro se prisoner civil rights complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Moreover, plaintiff has neither paid the filing fee nor submitted an application to proceed without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint and an Application To Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $402 filing fee or submit the application to proceed without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 14th day of September 2021.

                                              AUDREY G. FLEISSIG
                                              UNITED STATES DISTRICT JUDGE